# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TAMMY JENSEN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No.: 2:21-cv-01322-JCM-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff Tammy Jensen failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than September 13, 2021.

IT IS SO ORDERED.

Dated: September 8, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE