JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tammy Jensen, individually,

      Plaintiff,

  v.

United States of America,

      Defendant.

Case No. 2:21-cv-01322-JCM-NJK

**Joint Stipulation to Stay Case Pending Settlement**

    The parties hereby submit the following joint stipulation requesting that the Court stay this case for 90 days. The parties have resolved this matter and are currently in the process of exchanging settlement documents. Upon receipt of the necessary documents, defense counsel will process the settlement with the Judgment Fund. Processing payment from the Judgment Fund can take between 30 and 60 days.

//

//

//

//

//

//

Accordingly, the parties stipulate and move that this case be stayed for 90 days. The parties will submit a stipulation of dismissal or a joint status report no later than October 17, 2022.

Respectfully submitted this 21st day of July 2022.

| | |
|---|---|
| The Paul Powell Law Firm | JASON M. FRIERSON<br>United States Attorney |
| */s/ Tom Stewart*<br>TOM STEWART<br>The Paul Powell Law Firm<br>8918 Spanish Ridge Ave., Suite 100<br>Las Vegas, Nevada 89148<br>TStewart@tplf.com | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 26, 2022

2