Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tturner@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY JENSEN, individually,<br><br>　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA, a sovereign entity; DOES, I-X, AND ROE CORPORATIONS I-X, inclusive<br><br>　　　　Defendant. | Case No. 2:21-cv-01322-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

The parties, through their attorneys, stipulate to dismiss this case, with prejudice, and with each party to bear their own attorneys' fees and costs.

Dated October 12, 2022.                                      Dated October 12, 2022.

**THE POWELL LAW FIRM**                                 **UNITED STATES ATTORNEY'S OFFICE**

/s/ Paul D. Powell                                                /s/ Skyler H. Pearson
Paul D. Powell (7488)                                         Jason M. Frierson, Esq.
Traysen N. Turner (16017)                                 Skyler H. Pearson, Esq.
Attorneys for Plaintiff                                         Attorneys for the Defendant

**IT IS SO ORDERED.**

Dated October 17, 2022

_____
**UNITED STATES DISTRICT JUDGE**

- 1 -